UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>ERIC MORGAN an individual Doing business as Software Noggin also known as Softwarenoggin.Com,<br><br>                Defendant. | NO: 2:16-cv-02005-SB<br><br>ORDER OF RECUSAL |

For reasons that are unnecessary to recite here, the Court deems it appropriate to recuse itself, pursuant to 28 U.S.C. § 455, from any further proceedings in the above-captioned matter.  Accordingly, this case is returned to the Clerk's office for re-assignment back to District Judge Troy L. Nunley and Magistrate Judge Gregory G. Hollows who were previously assigned to the case.

//

//

//

//

ORDER OR RECUSAL ~ 1

The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and to pro se Defendant.

**DATED** this 21st day of October 2016.

_____
Stanley A. Bastian
United States District Judge

ORDER OR RECUSAL ~ 2