Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIC MORGAN, an individual d/b/a SOFTWARE NOGGIN a/k/a SOFTWARENOGGIN.COM; and DOES 1-5,<br><br>        Defendants. | Case No. 2:16-cv-02005-TLN-GGH<br><br>STIPULATION TO EXTEND TIME TO FILE STIPULATION FOR PERMANENT INJUNCTION AND STIPULATION FOR DISMISSAL FOLLOWING SETTLEMENT; [PROPOSED] ORDER |

      Plaintiff Microsoft Corporation, a Washington corporation ("Plaintiff") and Defendant Eric Morgan, an individual doing business as Software Noggin also known as SoftwareNoggin.com ("Defendant") (collectively the "Parties") reached a settlement in this matter at the Settlement Conference on August 15, 2017 in front of the Honorable Carolyn K. Delaney. At the conclusion of the conference, the Court set a deadline of November 13 for the parties to file a Stipulation for Permanent Injunction and a Stipulation for Dismissal following the execution of settlement documents by the Parties and a payment by Defendant. [Doc. 25.]

      The Parties have fully executed the settlement documents, but Defendant requires additional time to make the agreed to payment, and accordingly, the Parties stipulate that the

deadline to file the Stipulation for Permanent Injunction and the Stipulation for Dismissal be continued to December 4, 2017,

DATED: November 10, 2017    **PERKINS COIE LLP**

By: */s/ Katherine M. Dugdale*
    Katherine M. Dugdale

Attorneys for Plaintiff
MICROSOFT CORPORATION

DATED: November 9, 2017    **LAW OFFICE OF YURI KVICHKO**

By: */s/ Yuri Kvichko* (as authorized on 11/9/17)
    Yuri Kvichko

Attorneys for Defendant
ERIC MORGAN

# ORDER

**IT IS SO ORDERED.**

Dated: November 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE