Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ERIC MORGAN, an individual d/b/a SOFTWARE NOGGIN a/k/a SOFTWARENOGGIN.COM; and DOES 1-5,<br><br>Defendants. | Case No. 2:16-cv-02005-TLN-GGH<br><br>STIPULATED PERMANENT INJUNCTION; ORDER |

WHEREAS plaintiff Microsoft Corporation, a Washington corporation ("Plaintiff") and Defendant Eric Morgan, an individual doing business as Software Noggin also known as SoftwareNoggin.com ("Defendant") hereby stipulate that Defendant along with his directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with him, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

    (a)    imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items

protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

  (1) 1,200,236 ("MICROSOFT");

  (2) 3,625,391 ("MICROSOFT OFFICE");

  (3) 4,029,299 (OFFICE 2010 DESIGN);

  (4) 3,238,869 ("ACCESS");

  (5) 3,905,556 (ACCESS LAUNCH ICON);

  (6) 2,942,050 ("EXCEL");

  (7) 3,905,558 (EXCEL LAUNCH ICON);

  (8) 2,844,710 ("ONENOTE");

  (9) 3,905,559 (ONENOTE LAUNCH ICON);

  (10) 2,188,125 ("OUTLOOK");

  (11) 3,905,560 (OUTLOOK LAUNCH ICON);

  (12) 1,475,795 ("POWERPOINT");

  (13) 3,905,561 (POWERPOINT LAUNCH ICON);

  (14) 3,909,142 (PUBLISHER LAUNCH ICON);

  (15) 3,909,143 (WORD LAUNCH ICON);

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration No.:

  (1) TX 7-151-840 ("Office 2010");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

  (b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any unauthorized simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e) engaging in any other activity constituting an illegal distribution of any Microsoft software, component, EULA, COA, item, or thing and/or constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any illegal dilution of Microsoft's name, reputation, or goodwill; and

(f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (e) above.

**IT IS SO STIPULATED.**

Dated: August 30, 2017    ERIC MORGAN, an individual d/b/a SOFTWARE NOGGIN a/k/a SOFTWARENOGGIN.COM

By: Eric Morgan

Dated: September 20, 2017    MICROSOFT CORPORATION, a Washington corporation

MICROSOFT CORPO

By: RICHARD H SAUER

137091277.1 -3- STIPULATED PERMANENT INJUNCTION; ORDER

**ORDER**

**IT IS SO ORDERED.**

DATED: DECEMBER 8, 2017

Troy L. Nunley
United States District Judge

Approved as to Form:

DATED: September 27, 2017

**PERKINS COIE LLP**

By: _____
Katherine M. Dugdale

Attorneys for Plaintiff
MICROSOFT CORPORATION

DATED: August 31, 2017

**LAW OFFICE OF YURI KVICHKO**

By: _____
Yuri Kvichko

Attorneys for Defendant
ERIC MORGAN