1 Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
2 Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
3 PERKINS COIE LLP
1888 Century Park East, Suite 1700
4 Los Angeles, CA 90067-1721
Telephone: 310.788.9900
5 Facsimile: 310.788.3399

6 Attorneys for Plaintiff
MICROSOFT CORPORATION
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ERIC MORGAN, an individual d/b/a SOFTWARE NOGGIN a/k/a SOFTWARENOGGIN.COM; and DOES 1-5,<br><br>Defendants. | Case No. 2:16-cv-02005-TLN-GGH<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |

WHEREAS Plaintiff Microsoft Corporation, a Washington corporation, ("Plaintiff") and Defendant Eric Morgan an individual d/b/a Software Noggin a/k/a Softwarenoggin.com, ("Defendant") have settled the above-captioned matter;

IT IS HEREBY STIPULATED by and between Plaintiff, through its attorneys, and Defendant, through its attorneys, that the Defendant shall be dismissed with prejudice from Plaintiff's Complaint and that the above-captioned action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

IT IS HEREBY FURTHER STIPULATED that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court.

|  |  |
|---|---|
| DATED: December 4, 2017 | **PERKINS COIE LLP** |
| | By: /s/ Katherine M. Dugdale |
| | Katherine M. Dugdale |
| | Attorneys for Plaintiff<br>MICROSOFT CORPORATION |
| DATED: December 1, 2017 | **LAW OFFICE OF YURI KVICHKO** |
| | By: /s/ Yuri Kvichko (as authorized on 12/1/17) |
| | Yuri Kvichko |
| | Attorneys for Defendant<br>ERIC MORGAN |

**ORDER**

**IT IS SO ORDERED.**

DATED: DECEMBER 8, 2017

_____
Troy L. Nunley
United States District Judge